IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00435-RPM

GREAT NORTHERN INSURANCE COMPANY,

      Plaintiff,

v.

HASELDEN CONSTRUCTION, LLC;
WESTERN SLOPE FIRE AND SAFETY, INC.; and
JER ENTERPRISES, INC.,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **May 4, 2012, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 26, 2012.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.  It is

FURTHER ORDERED that counsel for defendants Western Slope Fire and Safety, Inc., and JER Enterprises, Inc., shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

Dated: March 23rd, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge