Not applicable

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00435-RPM-MJW

GREAT NORTHERN INSURANCE COMPANY,
an Indiana insurance company,

    Plaintiff,

v.

HASELDEN CONSTRUCTION, LLC, a Colorado limited liability company;
WESTERN SLOPE FIRE AND SAFETY, INC., a Colorado corporation; and,
JER ENTERPRISES, INC., a Colorado corporation.

    Defendants.

## ORDER RE: MOTION TO AMEND COMPLAINT

The Court, having examined the file herein and being fully advised in the premises, hereby grants Plaintiff's Motion to Amend the Complaint. Plaintiff's Amended Complaint is accepted for filing on the date this Order is signed by the Court. All claims against Defendant JER Enterprises, Inc. are dismissed, without prejudice, each party to pay their own costs and attorneys' fees.

Dated this 30 day of March, 2012.

BY THE COURT:

[signature]