IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00435-RPM

GREAT NORTHERN INSURANCE COMPANY,

        Plaintiff,

v.

HASELDEN CONSTRUCTION, LLC;
WESTERN SLOPE FIRE AND SAFETY, INC.; and
IBP ASSET, LLC,

        Defendants.

_____

ORDER FOR FILING SECOND AMENDED COMPLAINT AND DENYING REQUEST FOR
EXTENSION OF TIME TO ADD PARTIES

_____

        June 15, 2012, the plaintiff filed a Motion to File Second Amended Complaint and

Request for Extension of Time to Add Parties [38].  A second amended complaint was tendered

with the motion.  The defendants filed objections to the request for extension of time to add

parties but did not object to the filing of the second amended complaint.  It is now

        ORDERED that the second amended complaint is filed and it is

        FURTHER ORDERED the plaintiff's request for extension of time to add parties is

denied.

        Dated: July 12th , 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge