IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00435-RPM

GREAT NORTHERN INSURANCE COMPANY,

     Plaintiff,

v.

HASELDEN CONSTRUCTION, LLC;
WESTERN SLOPE FIRE AND SAFETY, INC.; and
IBP ASSET, LLC,

     Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

On June 15, 2012, the plaintiff filed a Motion to Withdraw Stipulated Fact Number 10 [39] in the "Case Management Order." There has been no response to that motion. Because the plaintiff has shown that what was stipulated may be a disputed fact, it is

ORDERED that the Scheduling Order entered on May 4, 2012, is amended to delete paragraph No. 10 of the statement of undisputed facts on page 11.

Dated: July 12th , 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge