IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00435-RPM

GREAT NORTHERN INSURANCE COMPANY,

      Plaintiff,

v.

HASELDEN RESORT CONSTRUCTORS, LLC;
WESTERN SLOPE FIRE AND SAFETY, INC.; and
IBP ASSET, LLC,

      Defendants.

_____

## ORDER DENYING MOTIONS
_____

Upon consideration of the motion filed by Defendants Haselden Resort Constructors, LLC, and IBP Asset, LLC, to dismiss plaintiff's Fifth and Sixth claims for Relief pursuant to Fed.R.Civ.P. 12(b)(6) [48] and the motion for a permanent stay filed by the same defendants [51] and because these motions depend upon the moving defendants' statements of facts which are disputed and because the plaintiff has asserted sufficient factual support for its claims in the second amended complaint [45], it is

ORDERED that the motions are denied.

Dated: August 27th, 2012

                  BY THE COURT:

                  s/Richard P. Matsch
                  _____
                  Richard P. Matsch, Senior District Judge