IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00435-RPM

GREAT NORTHERN INSURANCE COMPANY,

    Plaintiff,

v.

HASELDEN RESORT CONSTRUCTORS, LLC;
WESTERN SLOPE FIRE AND SAFETY, INC.; and
IBP ASSET, LLC,

    Defendants.
_____

ORDER FOR DISMISSAL OF DEFENDANT WESTERN SLOPE FIRE AND SAFETY, INC.
_____

Pursuant to the Stipulation for Dismissal with Prejudice [65] filed October 25, 2012, it is

ORDERED that all claims against Defendant Western Slope Fire and Safety, Inc., are dismissed with prejudice, each party to bear their own attorneys' fees, costs and expenses.

Dated: October 26th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge