IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00435-RPM

GREAT NORTHERN INSURANCE COMPANY,

    Plaintiff,

v.

IBP ASSET, LLC,
HASELDEN RESORT CONSTRUCTORS, LLC;

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [69], it is

    ORDERED that all claims against Defendants Haselden Resort Constructors, LLC, and IBP Asset, LLC, re dismissed with prejudice, each party to bear their own attorneys' fees, costs and expenses.

    DATED: March 11th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge